IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA , | ) | Case No. 1:21 CR 0520 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| DOUGLAS SMITH, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |

    The Court conducted a hearing on September 23, 2022 in the captioned case to discuss jury instructions and trial documents for the upcoming trial.  During the hearing, Defendant Smith insisted on reading an unrelated and improper document.[1]  He was purporting to make the U.S. attorneys and the undersigned fiduciaries of his trust.  The Court warned him to cease and desist from his conduct or he would be held in contempt of court.

    Despite several warnings that his conduct was improper, Defendant Smith continued to read the improper document in disruption of the purpose of the hearing.  Due to Defendant Smith's repeated disruptions, and after being clearly warned to cease and desist, the Court held Defendant Smith in contempt of Court and fined him $5,000.00.

    Defendant Smith must pay the $5,000.00 fine to the clerk's office on or before 12:00 p.m. noon on Monday, September 26, 2022.  If Defendant Smith does not pay the $5,000.00 fine by

---

[1] The Court has attached the relevant document to this Order.

12:00 p.m. noon on Monday September 26, 2022, he will be subject to additional sanctions, including but not limited to imprisonment until the fine is fully paid.

    IT IS SO ORDERED.


Dated: September 23, 2022　　　　　　　　　　　*s/Dan Aaron Polster*
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge