# Appointment of Fiduciary

USPS Priority mail # 9505 5139 4888 2260 7713 38

I, Douglas Howard Smith (hereinafter I, me, my, myself) sole beneficiary of the DOUGLAS HOWARD SMITH, estate, (hereinafter "Estate") do hereby give notice of the purpose and intent of this appointment is to employ U.S. ATTORNEY ALEJANDRO H. ABREU TRUST, JUDGE DAN AARON POLSTER TRUST, ATTORNEY ROBERT J PATTON TRUST and ATTORNEY CRAIG WEINTRAUB TRUST as trustees (hereinafter "Trustees") in the matter before THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION UNITED STATES VS. DOUGLAS SMITH BANK ACCOUNT NUMBER – Case # 1:21 CR 520 (hereinafter "Trust") for the sole purpose of settling the accounting of said matter and adjusting the books to zero.

All motions etc. filed in the above styled are withdrawn effective immediately.
I speak for myself and no one else speaks for me.
There is no controversy in this matter.

Said trustees are in actual and or constructive possession of trust funds belonging to the estate and **said funds are not abandoned and are hereby claimed by the beneficiary on special deposit.** Said JUDGE TRUST has no written delegated power of attorney to administer the estate and said prosecuting attorney(s) has / have no lien interest in the estate. Thus, the value / credit taken from the estate by the trustee's has necessarily converted them collectively into *trustees de son tort* and same are noticed of the following:

**Nomination and Appointment:**
I hereby nominate and appoint said trustees to be the fiduciaries for DOUGLAS HOWARD SMITH, regarding legal matters associated with the above identified court process. The trustee are to work together for the limited and sole purpose of balancing the books, settling the accounting to a zero ($0.00) balance and providing me with a signed dismissal order with respect to the public charges within three (3) days from the receipt of this communication.

Failure to perform as herein directed shall result in my notifying the Internal Revenue Service of tax fraud / tax withholding and Securities and Exchange Commission for securities fraud on the part of the trustees.

If any documentation is required to be signed by me to assist in settling the accounting the trustees shall prepare a written explanation of said documentation. The facts of the case are accepted.

**Effective Date:**
This appointment is effective immediately upon receipt by the trustees. The signed mail receipt will constitute express acceptance of appointment. Previous active appointments of fiduciaries are not terminated by this appointment.

**Termination:**
This appointment shall remain in effect until the court case trust affairs are wound up and the trust terminates as a result thereof.

Dated this 17th day of September, 2022 and signed by the beneficiary, who unambiguously signs below in a limited representative capacity to remove any personal liability.

By: *Douglas Smith*
Douglas Smith, beneficiary
Without recourse
Autograph on special deposit