IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA , | ) | Case No. 1:21 CR 0520 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| DOUGLAS SMITH, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |

On October 4, 2022, the Court conducted a final pretrial in the captioned case. During the final pretrial, the Court ordered Defendant Smith to produce any exhibits he intended to use at trial by 12:00 p.m. noon on October 10, 2022. ECF Doc. 70 at 28-30. Alternatively, if Defendant Smith was no longer planning on introducing exhibits into evidence, the Court ordered him to withdraw his exhibit list. ECF Doc. 43. The Court recognizes Defendant Smith is representing himself. However, the Government cannot fully prepare its case if Defendant does not produce the exhibits he intends to use at trial.

The Court warned Defendant Smith he would be held in contempt if he did not produce the exhibits or withdraw his exhibit list by 12:00 p.m. noon on October 10, 2022. ECF Doc. 70 at 28-30. Despite this clear warning, Defendant has still not produced any exhibits, and trial is scheduled to begin in less than a week.

Because Defendant Smith did not comply with the Court's order to produce his exhibits and/or withdraw his exhibit list, the Court finds him in contempt of Court. The Court will impose a three-month sentence to be served at the conclusion of trial.

    IT IS SO ORDERED.

Dated: October 11, 2022                                *s/Dan Aaron Polster*
                                                                           United States District Judge