IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ( | JUDGE DAN AARON POLSTER |
| Plaintiff | ( | CASE NO 1:21CR 520 |
| v. | ( | Notice of Sixth Amendment |
| DOUGLAS SMITH | ( | Counsel |
| Defendant | | |

COMES NOW, Douglas Smith, defendant, to give this honorable court

Notice of the presence of Paul Hansen as Sixth Amendment Counsel to be

Present at trial starting October 17, 2022 through trial's conclusion. Adding that both Defendant and Defendants counsel will require their personal smartphones, and personal computers in the courtroom proceedings, as such are needed to track and retrieve documents, and other needed confidential material, that are stored on both the phones and laptop computers. No equipment of Defendant's will be disruptive to any part of the proceedings. Paul Hansen will need clearance into the courthouse because it is rumored that no one is allowed in without a state identification, of which Hansen has elected to have none, and has not been found eligible for such by various agents of the United States. Defendant requires counsel Hansen to be seated beside Defendant at all times of the proceedings. Hansen may be called on by Defendant occasionally to present, or clarify, Defendant's positions for Defendant is not a skilled presenter, Hansen will only speak on what Defendant has authorized Hansen to address, or present.

Signed _Douglas Smith_
Douglas Smith
Defendant