IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA , | ) | Case No. 1:21 CR 0520 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| DOUGLAS SMITH, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |

During trial in the captioned case, the Government informed the Court that defendant had

served yet another unrelated and improper document on Robert J. Patton, the Government's trial

counsel.  Defendant continues to prepare documents purportedly creating trusts and unilaterally

designating trustees for his benefit.  The Court has repeatedly warned Defendant to cease and

desist from this conduct or he would be held in contempt of court.  The Court has also previously

held Defendant in contempt and sanctioned him with both fines and jail time.  *See* ECF Doc. 62

and ECF Doc. 72.

Because Defendant Smith served another improper document on an employee of the

Government involved with his case, he is in direct violation of this Court's prior orders, and is

found to be in contempt of court.  Accordingly, the Court will impose an additional three-month

sentence[1] to be served at the conclusion of trial for Defendant Smith's serving Attorney Patton

with another  improper document.

       IT IS SO ORDERED.

Dated: October 18, 2022                             *s/Dan Aaron Polster*
                                       United States District Judge

---

[1] On October 11, 2022, the Court issued a three-month sentence for Defendant Smith's violation of the Court's order to produce his exhibits or withdraw his exhibit list.  ECF Doc. 72.